# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | **Criminal No. 07-575 (SRC)** |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DAVID CONNOLLY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**CHESLER**, District Judge

This matter having come before the Court on the July 12, 2010 motion filed by *pro se* Defendant David Connolly ("Connolly") for (1) appointment of counsel pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A and (2) for discovery pursuant to Rule 6 of the Rules Governing Section 2255  Proceedings for the United States District Courts [docket entry 55]; and the Court having considered the papers filed by Connolly in support of his motion; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 13th day of August, 2010,

**ORDERED** that Connolly's motion for appointment of counsel pursuant to the CJA, 18 U.S.C. § 3006A(a)(2)(B), to represent him in a habeas corpus proceeding be and hereby is **DENIED**; and it is further

**ORDERED** that Connolly's motion for discovery, pursuant to Rule 6 of the Rules

Governing § 2255 Proceedings, be and hereby is **DENIED**; and it is further

      **ORDERED** that Connolly's request for an order directing the Office of the Federal

Public Defender and the Government to turn over their respective files pertaining to his criminal

case be and hereby is **DENIED**; and it is further

      **ORDERED** that Connolly's request for an order directing the Bureau of Prisons to

imprison him in the Metropolitan Detention Center be and hereby is **DENIED**.

                      s/Stanley R. Chesler
                    STANLEY R. CHESLER
                    United States District Judge