UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
SR. DEPUTY CHIEF PROBATION OFFICER

**BETH L. NEUGASS**
DEPUTY CHIEF PROBATION OFFICER

December 2, 2015

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanley R. Chesler, Senior United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

> RE: CONNOLLY, David
> Dkt. No. 07-00575-001
> <u>**Noncompliant Behavior-Written Reprimand Recommended**</u>

Dear Judge Chesler:

On July 22, 2008, the offender was sentenced before Your Honor to 100 months incarceration followed by a three-year-term of supervised release for a Felon in Possession of a Weapon offense. The offender was ordered to pay a $100 special assessment fee and abide by the following special conditions: substance abuse testing/treatment and DNA testing. On February 26, 2015, Connolly commenced his term of supervised release.

As detailed in the attached petition, Connolly is noncompliant with the conditions of supervised release. We respectfully request that Your Honor sign the attached Probation Form 12A and allow our office to present it to Connolly as a formal written reprimand issued under the authority of the Court. If Your Honor requests an alternative course of action, please contact the undersigned officer at 973-445-8526.

> Respectfully submitted,
>
> WILFREDO TORRES, Chief
> U.S. Probation Officer
>
> *Suzanne Golda-Martinez/nm*
>
> By: Suzanne Golda-Martinez
>   U.S. Probation Officer

/sjg
Attachment

Prob 12A – page 2
David Connolly

Respectfully submitted,
*Suzanne Golda-Martinez/nm*
By: Suzanne Golda-Martinez
U.S. Probation Officer
Date: 12/01/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

12/2/15
Date